UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ASHLEY NICOLE PUTTY,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-778-ACA-HNJ |
| **WARDEN KIMBERLY NEELY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On February 28, 2024, the magistrate judge entered a report recommending that the court deny Petitioner Ashley Nicole Putty's petition for writ of habeas corpus. (*See* doc. 12 at 1–2). The magistrate judge notified the parties of their right to object and warned them that failure to object waives the right to challenge on appeal any unobjected-to factual and legal conclusions. (*Id.* at 18–19). The deadline for objections has passed without receipt of any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

The court therefore **WILL DENY** Ms. Putty's petition for writ of habeas corpus. The court **WILL DISMISS WITH PREJUDCE** the aspects of Ms. Putty's

petition that seek application of her credits under the First Step Act to her federal sentence and **WILL DENY AS MOOT** the aspects of her petition that seek application of those credits to her pre-release custody. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 2, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE